# U.S. District Court
# Eastern District of Virginia - (Newport News)
# CRIMINAL DOCKET FOR CASE #: 4:16-cr-00049-RAJ-RJK-3

Case title: USA v. Fadeyibi et al          Date Filed: 05/11/2016

Assigned to: District Judge
Raymond A. Jackson
Referred to: Magistrate Judge
Robert J. Krask

## Defendant (3)

## Habeeb Odoffin

| Pending Counts | Disposition |
|---|---|
| T. 18, USC 1349, 1344, 1342, and 1343 - Conspiracy to Commit Mail Fraud, Bank Fraud, and Wire Fraud\T. 18, USC 981(a)(1)(C) and 982(a)(2)(A); and T. 28, USC 2461 (c) - Criminal Forfeiture (1) | |
| T. 18, USC 1341 and 2 - Mail Fraud (5-6) | |
| T. 18, USC 1341 and 2 - Mail Fraud (11-12) | |

T. 18, USC 1344 and 2 -
Bank Fraud
(17-18)

T. 18, USC 1344 and 2 -
BANK FRAUD
(22-23)

T. 18, USC 1343 and 2 - Wire
Fraud
(27-28)

T. 18, USC 1343 and 2 - Wire
Fraud
(31-32)

T. 18, USC 1028A(a)(1) and
(c) and 2 - Aggravated
Identity Theft
(36-37)

T. 18, USC 1028A(a)(1) and
(c) and 2 - Aggravated
Identity Theft
(41-42)

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## **Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

None

_____

**Plaintiff**

**USA**                        represented by **Brian James Samuels**
                                              United States Attorney's
                                              Office
                                              Fountain Plaza Three
                                              721 Lakefront Commons
                                              Suite 300
                                              Newport News, VA 23606
                                              (757) 591-4032
                                              Email:
                                              brian.samuels@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE*
                                              *NOTICED*
                                              *Designation: US Attorney*

                                              **Megan Cowles**
                                              United States Attorney Office
                                              - Newport News
                                              Fountain Plaza Three
                                              721 Lake Front Commons
                                              Suite 300
                                              Newport News, VA 23606
                                              **NA**
                                              Email:
                                              megan.cowles@usdoj.gov
                                              *ATTORNEY TO BE*
                                              *NOTICED*
                                              *Designation: US Attorney*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/09/2016 | 7 | |

| | | |
|---|---|---|
| | | MOTION to Seal Superseding Indictment filed in open court 8/9/16 by USA as to Babajide Fadeyibi, Toheeb Odoffin, Habeeb Odoffin, Hafeez Odoffin, Zoelithia Williams, Timeiki Hedspeth, Christie Easter, Oyeyemi Arogundade. (ecav, ) (Entered: 08/10/2016) |
| 08/09/2016 | 8 | ORDER SEALING SUPERSEDING INDICTMENT filed in open court 8/9/16, as to Babajide Fadeyibi, Toheeb Odoffin, Habeeb Odoffin, Hafeez Odoffin, Zoelithia Williams, Timeiki Hedspeth, Christie Easter, Oyeyemi Arogundade. It is hereby ORDERED that the superseding indictment and arrest warrants are sealed, as outlined. It is further ORDERED that the superseding indictment and arrest warrants are unsealed at the initial appearance of any of the defendants, at which time the superseding indictment may be treated as a public record. (Signed by Magistrate Judge Douglas E. Miller on 8/9/16). (ecav, ) (Entered: 08/10/2016) |
| 08/09/2016 | 9 | SEALED SUPERSEDING CRIMINAL INDICTMENT FILED IN OPEN COURT 8/9/16, as to Babajide Fadeyibi (1) count(s) 1s, 2s-14s, 15s-21s, 22s-24s, 25s-33s, 34s-43s, Toheeb Odoffin (2) count(s) 1, 5-6, 17-18, 27-28, 36-37, Habeeb Odoffin (3) count(s) 1, 5-6, 11-12, 17-18, 22-23, 27-28, 31-32, 36-37, 41-42, Hafeez Odoffin (4) count(s) 1, 11-13, 22-23, 31-32, 41-42, Zoelithia Williams (5) count(s) 1, 2-3, 7, 15, 19, 21, 24, 25, 29, 34, 38, Timeiki Hedspeth (6) count(s) 1, 4, 14, 16, 24, 26, 33, 35, 43, Christie Easter (7) count(s) 1, 8-10, 20-21, 30, 39-40, Oyeyemi Arogundade (8) count(s) 1, 21, 22-24. On motion of the Government the Court DIRECTED: Warrants to be issued. (Attachments: # 1 Deft Info. Sheet) (ecav, ) (Entered: 08/10/2016) |
| 08/09/2016 | 21 | Arrest Warrant Issued on Superseding Indictment and delivered to USM 8/10/16 as directed by Magistrate Judge Douglas E. Miller, as to Habeeb Odoffin. (ecav, ) (Entered: 08/10/2016) |
| | | |

| 08/16/2016 | | Case as to Babajide Fadeyibi, Toheeb Odoffin, Habeeb Odoffin, Hafeez Odoffin, Zoelithia Williams, Timeiki Hedspeth, Christie Easter, Oyeyemi Arogundade Reassigned to District Judge Raymond A. Jackson. District Judge Robert G. Doumar no longer assigned to the case. (afar) (Entered: 08/16/2016) |
|---|---|---|
| 10/17/2016 | | Case unsealed as to Babajide Fadeyibi, Toheeb Odoffin, Habeeb Odoffin, Hafeez Odoffin, Zoelithia Williams, Timeiki Hedspeth, Christie Easter, Oyeyemi Arogundade. (ecav, ) (Entered: 10/17/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/17/2016 13:55:23 | | | |
| **PACER Login:** | us3753:2653133:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:16-cr-00049-RAJ-RJK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:16cr49 |
| | ) |
| v. | ) **FILED UNDER SEAL** |
| | ) |
| BABAJIDE FADEYIBI, | ) 18 U.S.C. § 1349 |
| a/k/a "Dennis Beckett" | ) Conspiracy to Commit Mail Fraud, |
| a/k/a "Dennis Burton" | ) Bank Fraud, and Wire Fraud |
| a/k/a "Dennis Grover" | ) (Count 1) |
| a/k/a "Dennis Hawkins" | ) |
| a/k/a "Dennis Hunt" | ) 18 U.S.C. §§ 1341 and 2 |
| a/k/a "Dennis Kress" | ) Mail Fraud |
| a/k/a "Dennis Matheny" | ) (Count 2-14) |
| a/k/a "Dennis Taplin" | ) |
| a/k/a "Scott Miller" | ) 18 U.S.C. §§ 1344 and 2 |
| (Counts 1-43) | ) Bank Fraud |
| | ) (Counts 15-24) |
| TOHEEB ODOFFIN, | ) |
| (Counts 1, 5, 6, 17, 18, 27, 28, 36, 37) | ) 18 U.S.C. §§ 1343 and 2 |
| | ) Wire Fraud |
| HABEEB ODOFFIN, | ) (Counts 25-33) |
| (Counts 1, 5, 6, 11, 12, 17, 18, 22, 23, | ) |
| 27, 28, 31, 32, 36, 37, 41, 42) | ) 18 U.S.C. §§ 1028A and 2 |
| | ) Aggravated Identity Theft |
| HAFEEZ ODOFFIN, | ) (Counts 34-43) |
| (Counts 1, 11, 12, 13, 22, 23, 31, 32, 41, | ) |
| 42) | ) 18 U.S.C. §§ 981, 982 |
| | ) Criminal Forfeiture |
| ZOELITHIA WILLIAMS, | ) |
| (Counts 1, 2, 3, 7, 15, 19, 21, 24, 25, 29, | ) |
| 34, 38) | ) |
| | ) |
| TIMEIKI HEDSPETH, | ) |
| (Counts 1, 4, 14, 16, 24, 26, 33, 35, 43) | ) |
| | ) |
| CHRISTIE EASTER, | ) |
| (Counts 1, 8, 9, 10, 20, 21, 30, 39, 40) | ) |
| | ) |
| OYEYEMI AROGUNDADE, | ) |
| (Counts 1, 21, 22, 23, 24) | ) |
| | ) |
| Defendants. | ) |

1

SUPERSEDING INDICTMENT

August 2016 Term - At Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

1.    Beginning on a date unknown to the Grand Jury, but believed to be in or about late 2011, and continuing until in or about at least fall 2015, the exact dates being unknown to the Grand Jury, in the Eastern District of Virginia and elsewhere, BABAJIDE FADEYIBI, a/k/a "Dennis Beckett," a/k/a "Dennis Burton," a/k/a "Dennis Grover," a/k/a "Dennis Hawkins," a/k/a a/k/a "Dennis Hunt," a/k/a "Dennis Kress," a/k/a "Dennis Matheny," a/k/a "Dennis Taplin," a/k/a "Scott Miller," TOHEEB ODOFFIN, HABEEB ODOFFIN, HAFEEZ ODOFFIN, ZOELITHIA WILLIAMS, TIMEIKI HEDSPETH, CHRISTIE EASTER, and OYEYEMI AROGUNDADE, the defendants herein, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, and agree with each other and others known and unknown to the Grand Jury, to commit the following offenses against the United States:

a.    To knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for which the defendant and co-conspirators knowingly caused to be placed in a post office, in an authorized depository for mail matter to be sent and delivered by the Postal Service, or caused to be deposited a matter or thing to be sent or delivered by private or commercial interstate carrier according to the directions thereon certain matters and things, for the purpose of executing the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341;

2

b.      To knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, securities owned by and under the custody and control of financial institutions, as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344; and

c.      To knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for which the defendants and conspirators transmitted and caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, signals and sounds, for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## WAYS, MANNER AND MEANS OF THE CONSPIRACY

The ways, manner and means by which the foregoing objectives of the conspiracy to commit mail, bank, and wire fraud were to be accomplished included, but were not limited to, the following:

2.      The primary purpose of the conspiracy was for the conspirators to obtain funds through fraudulent means by recruiting individuals to use their own bank accounts to negotiate counterfeit financial instruments, consisting mainly of counterfeit cashier's checks and counterfeit Postal money orders, and further sending the funds by money transmission service for the conspirators' own use and benefit.

3.      It was a part of the conspiracy and the scheme and artifice that the conspirators recruited individuals throughout the United States via email to serve as "Mystery Shoppers," in which the individuals would receive financial instruments and then use such instruments to

3

evaluate the services of certain money transmission services, including Western Union and Money Gram. The recruited individuals were advised that this practice was a legitimate employment opportunity.

4. It was further a part of the conspiracy and the scheme and artifice that the conspirators would obtain legitimate cashier's checks and legitimate Postal money orders and provide them to other conspirators.

5. It was further a part of the conspiracy and the scheme and artifice that the conspirators would use the legitimate financial instruments to make counterfeit versions of the instruments.

6. It was further a part of the conspiracy and the scheme and artifice that once a recruited individual, or "Mystery Shopper," responded to the email solicitation with interest, the conspirators would obtain personal identification information from the Mystery Shopper, which was then placed on the counterfeit cashier's check or Postal money order.

7. It was further a part of the conspiracy and the scheme and artifice that the conspirators caused mailings to be sent via the United States mails and private interstate commercial carriers to the Mystery Shoppers that contained the counterfeit cashier's check or Postal money order.

8. It was further a part of the conspiracy and the scheme and artifice that the conspirators instructed the Mystery Shoppers to negotiate the counterfeit checks or money orders at their own bank, keeping a portion of the represented payment for their services, but withdrawing the majority of the funds represented on the counterfeit check or money order.

9. It was further a part of the conspiracy and the scheme and artifice that the Mystery Shoppers did present the counterfeit checks and money orders to banks, which were

4

financial institutions as defined by 18 U.S.C. § 20, using the Mystery Shopper's own bank account.

10.     It was further a part of the conspiracy and the scheme and artifice that the Mystery Shoppers, as directed by conspirators, transmitted by Western Union or Money Gram a large portion of the obtain funds to locations throughout the United States through the use of wirings in interstate commerce.

11.     It was further a part of the conspiracy and the scheme and artifice that conspirators and/or other recruited individuals retrieved the transmitted funds, which were proceeds of the fraud, and engaged in further distribution of these fraud proceeds.

12.     It was further a part of the conspiracy and the scheme and artifice that Mystery Shoppers and various financial institutions suffered losses when the negotiated checks and money orders were determined to be counterfeit.

(In violation of Title 18, United States Code, Sections 1349, 1344, 1341, and 1343.)

5

COUNTS TWO THROUGH FOURTEEN

THE GRAND JURY FURTHER CHARGES THAT:

1.    The Grand Jury realleges and incorporates by reference the allegations contained in Paragraphs 2 through 12 of the Ways, Manner and Means Section of Count One as if fully set forth herein.

2.    On or about the dates set forth below, within the Eastern District of Virginia and elsewhere, BABAJIDE FADEYIBI, a/k/a "Dennis Beckett," a/k/a "Dennis Burton," a/k/a "Dennis Grover," a/k/a "Dennis Hawkins," a/k/a a/k/a "Dennis Hunt," a/k/a "Dennis Kress," a/k/a "Dennis Matheny," a/k/a "Dennis Taplin," a/k/a "Scott Miller," TOHEEB ODOFFIN, HABEEB ODOFFIN, HAFEEZ ODOFFIN, ZOELITHIA WILLIAMS, TIMEIKI HEDSPETH, and CHRISTIE EASTER, the defendants herein, and others known and unknown to the Grand Jury, having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false, fraudulent and fictitious pretenses, representations, and promises, and, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises the defendants and others, did knowingly cause to be placed in a post office, in an authorized depository for mail matter to be sent and delivered by the Postal Service or caused to be deposited a matter or thing to be sent or delivered by private or commercial interstate carrier according to the directions thereon the following matters and things:

| Count | Defendant(s) | Date Placed in Mail (on or about) | Description of Item(s) Mailed | From | To |
|---|---|---|---|---|---|
| 2 | FADEYIBI, WILLIAMS | August 15, 2012 | Counterfeit Postal Money Order sent by mailing | Nashville, Tennessee | Victim T.L. in Portsmouth, Virginia |

6

| 3 | FADEYIBI, WILLIAMS | August 28, 2012 | 3 Counterfeit Postal Money Orders sent via Federal Express | Nashville, Tennessee | Victim T.L. in Portsmouth, Virginia |
|---|---|---|---|---|---|
| 4 | FADEYIBI, HEDSPETH | December 9, 2012 | Counterfeit Postal Money Order sent via United States Postal Service | Houston, Texas | Victim L.C. in Virginia Beach, Virginia |
| 5 | FADEYIBI, TOHEEB ODOFFIN HABEEB ODOFFIN | December 29, 2012 | Counterfeit Colonial Life check sent via United States Postal Service | Phoenix, Arizona | Victim M.O. in Virginia Beach, Virginia |
| 6 | FADEYIBI, TOHEEB ODOFFIN HABEEB ODOFFIN | December 31, 2012 | Counterfeit Colonial Life check sent via United States Postal Service | Gainesville, FL | Victim M.L. in Hampton, Virginia |
| 7 | FADEYIBI, WILLIAMS | January 5, 2013 | Counterfeit Postal Money Order sent via United States Postal Service | Nashville, Tennessee | Victim F.V. in Chesapeake, Virginia |
| 8 | FADEYIBI, EASTER | February 22, 2013 | Counterfeit Postal Money Order sent via United States Postal Service | Fort Worth, Texas | Victim S.A. in Newport News, Virginia |
| 9 | FADEYIBI, EASTER | February 25, 2013 | 3 Counterfeit postal money order sent via Federal Express | Fort Worth, Texas | Victim S.A. in Newport News, Virginia |
| 10 | FADEYIBI, EASTER | March 14, 2013 | Counterfeit SunTrust cashier's check via United States Postal Service | Fort Worth, Texas | Victim M.P. in Manassas, Virginia |
| 11 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN | April 23, 2013 | Counterfeit SunTrust cashier's check via United States Postal Service | Edmonds, Washington | Victim D.W. in Portsmouth, Virginia |

7

| 12 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN | June 6, 2013 | Counterfeit Community Resource Credit Union cashier's check set via mailing Federal Express | Unknown location | Victim Z.L. in Newport News, Virginia |
| --- | --- | --- | --- | --- | --- |
| 13 | FADEYIBI, HAFEEZ ODOFFIN | July 2, 2013 | Counterfeit Community Resource Credit Union check sent via United States Postal Service | Yuma, Arizona | Victim J.M. in Newport News, Virginia |
| 14 | FADEYIBI, HEDSPETH | May 28, 2014 | Counterfeit First Tennessee Bank cashier's check sent via United States Postal Service | Houston, Texas | Victim G.R. in Newport News, Virginia |

(In violation of Title 18, United States Code, Sections 1341 and 2.)

8

### COUNTS FIFTEEN THROUGH TWENTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1.      The Grand Jury realleges and incorporates by reference the allegations contained in Paragraphs 2 through 12 of the Ways, Manner and Means Section of Count One as if fully set forth herein.

2.      On or about the dates and in the manner set forth herein, in the Eastern District of Virginia and elsewhere, BABAJIDE FADEYIBI, a/k/a "Dennis Beckett," a/k/a "Dennis Burton," a/k/a "Dennis Grover," a/k/a "Dennis Hawkins," a/k/a a/k/a "Dennis Hunt," a/k/a "Dennis Kress," a/k/a "Dennis Matheny," a/k/a "Dennis Taplin," a/k/a "Scott Miller," TOHEEB ODOFFIN, HABEEB ODOFFIN, HAFEEZ ODOFFIN, ZOELITHIA WILLIAMS, TIMEIKI HEDSPETH, CHRISTIE EASTER, and OYEYEMI AROGUNDADE, the defendants herein, aided and abetted by others and along with others known and unknown to the Grand Jury, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, securities owned by and under the custody and control of financial institutions, as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations and promises, as further described below:

| Count | Defendants | Date of Transaction (on or about) | Description / Purpose of Transaction |
|-------|-----------|-----------------------------------|--------------------------------------|
| 15 | FADEYIBI, WILLIAMS | August 22, 2012 | Victim T.L. negotiated a counterfeit Postal Money Order in the amount of $975.00 at Navy Federal Credit Union located in Portsmouth, Virginia, through an account ending in 4894. |
| 16 | FADEYIBI, HEDSPETH | December 14, 2012 | Victim L.C. negotiated a counterfeit Postal Money Order in the amount of $870 at Wachovia in Virginia Beach, VA through an account ending in 2697. |

9

| 17 | FADEYIBI, TOHEEB ODOFFIN HABEEB ODOFFIN | January 3, 2013 | Victim M.O. negotiated a counterfeit Colonial Life cashier's check for $1850 into Navy Federal Credit Union located in Virginia Beach, Virginia through an account ending in 4534. |
|---|---|---|---|
| 18 | FADEYIBI, TOHEEB ODOFFIN HABEEB ODOFFIN | January 7, 2013 | Victim M.L. negotiated a counterfeit Colonial Life cashier's check in the amount of $1850 at Old Point National Bank account located in Hampton, Virginia, through an account ending in 2306. |
| 19 | FADEYIBI, WILLIAMS | January 8, 2013 | Victim F.V. negotiated a counterfeit Postal Money Order in the amount of $870 into his Navy Federal Credit Union checking account ending in 0454. |
| 20 | FADEYIBI, EASTER | February 25, 2013 | Victim S.A. negotiated a counterfeit Postal Money Order in the amount of $870 at Bayport Federal Credit Union, located in Newport News, Virginia, through an account ending in 9075. |
| 21 | FADEYIBI, WILLIAMS, EASTER, AROGUNDADE, | ~~March 15, 2013~~ April 11, 2013 | Victim M.P. negotiated a counterfeit SunTrust cashier's check at Fauquier Bank located in Warrenton, Virginia through an account ending in 8107. |
| 22 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN, AROGUNDADE | June 18, 2013 | Victim Z.L. negotiated a counterfeit Community Resource Credit Union cashier's check in the amount of $1,680.00 at Navy Federal Credit Union located in Newport News, Virginia, through an account ending in 9705. |
| 23 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN, AROGUNDADE | June 19, 2013 | Victim Z.L. negotiated a counterfeit Community Resource Credit Union cashier's check in the amount of $1,680.00 at Navy Federal Credit Union located in Newport News, Virginia, through an account ending in 9705. |
| 24 | FADEYIBI, WILLIAMS, HEDSPETH, AROGUNDADE | June 6, 2014 | Victim G.R. negotiated a counterfeit First Tennessee Bank cashier's check in the amount of $1,680.00 at Wells Fargo located in Newport News, Virginia, through an account ending in 0993. |

(In violation of Title 18, United States Code, Sections 1344 and 2.)

10

## COUNTS TWENTY-FIVE THROUGH THIRTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

1.      The Grand Jury realleges and incorporates by reference the allegations contained in    Paragraphs 2 through 12 of the Ways, Manner and Means Section of Count One as if fully set forth herein.

2.      On or about the dates and in connection with the transactions described below, in the Eastern District of Virginia and elsewhere, BABAJIDE FADEYIBI, a/k/a "Dennis Beckett," a/k/a "Dennis Burton," a/k/a "Dennis Grover," a/k/a "Dennis Hawkins," a/k/a a/k/a "Dennis Hunt," a/k/a "Dennis Kress," a/k/a "Dennis Matheny," a/k/a "Dennis Taplin," a/k/a "Scott Miller," TOHEEB ODOFFIN, HABEEB ODOFFIN, HAFEEZ ODOFFIN, ZOELITHIA WILLIAMS, TIMEIKI HEDSPETH, and CHRISTIE EASTER, the defendants herein, aided and abetted by others and along with others known and unknown to the Grand Jury, having devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false, fraudulent and fictitious pretenses, representations and promises, and, for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, in the Eastern District of Virginia and elsewhere, did knowingly and willfully transmit and cause to be transmitted by means of wire communication in interstate commerce, the following certain signs, signals, and sounds: to wit, the following email communications sent from, through or to locations within the Eastern District of Virginia, to, through or from locations outside the Commonwealth of Virginia.

11

| Count | Defendant(s) | Date of Wire Transmission (on or about) | Description of Wire Transmission |
|---|---|---|---|
| 25 | FADEYIBI, WILLIAMS | August 28, 2012 | T.L. wired funds in the amount of $785 via Western Union from Portsmouth, Virginia to M.T. in Atlanta, Georgia. |
| 26 | FADEYIBI, HEDSPETH | December 14, 2012 | Victim L.C. wired funds in the amount of $740 via Western Union from Virginia Beach, Virginia to L.W. in Manila, Philippines |
| 27 | FADEYIBI, TOHEEB ODOFFIN, HABEEB ODOFFIN | January 3, 2013 | Victim M.O. wired funds in the amount of $1450 via Western Union from Norfolk, Virginia to J.K. in Riverdale, Georgia. |
| 28 | FADEYIBI, TOHEEB ODOFFIN, HABEEB ODOFFIN | January 8, 2013 | Victim M.L. wired funds in the amount of $1,450 via Western Union from Tabb, Virginia, to J.K. in Atlanta, Georgia |
| 29 | FADEYIBI, WILLIAMS | January 8, 2013 | Victim F.V. wired funds in the amount of $740 via Western Union from Portsmouth, Virginia to D.C. in Manila, Philippines |
| 30 | FADEYIBI, EASTER | February 25, 2013 | S.A. wired funds in the amount of $690 via Western Union from Newport News, Virginia, to M.Y. in Jonesboro, Georgia. |
| 31 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN | June 18, 2013 | Victim Z.L. wired funds in the amount of $1,330 via Western Union from Newport News, Virginia to M.D. in Chicago, Illinois |
| 32 | FADEYIBI, HABEEB ODOFFIN, HAFEEZ ODOFFIN | June 19, 2013 | Victim Z.L. wired funds in the amount of $1330 via Western Union from Newport News, Virginia to M.D. in Chicago, Illinois |
| 33 | FADEYIBI, HEDSPETH | June 6, 2014 | Victim G.R. wired funds in the amount of $1350 via Money Gram from Newport News, Virginia to T.M. in Los Angeles, California. |

(In violation of Title 18, United States Code, Sections 1343 and 2.)

12

## COUNTS THIRTY-FOUR THROUGH FORTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

1.      The Grand Jury re-alleges and incorporates by reference the allegations contained in Paragraphs 2 through 12 of the Ways, Manner and Means Section of Count One as if fully set forth herein.

2.      On or about the dates and in the manner set forth below, in the Eastern District of Virginia and elsewhere BABAJIDE FADEYIBI, a/k/a "Dennis Beckett," a/k/a "Dennis Burton," a/k/a "Dennis Grover," a/k/a "Dennis Hawkins," a/k/a a/k/a "Dennis Hunt," a/k/a "Dennis Kress," a/k/a "Dennis Matheny," a/k/a "Dennis Taplin," a/k/a "Scott Miller," TOHEEB ODOFFIN, HABEEB ODOFFIN, HAFEEZ ODOFFIN, ZOELITHIA WILLIAMS, TIMEIKI HEDSPETH, and CHRISTIE EASTER, the defendants herein, aided and abetted by others and along with others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally transfer, possess and use, without lawful authority, a means of identification of another during and in relation to felony violations of provisions contained in chapter 63 of Title 18 of the United States Code, to wit: Conspiracy to Commit Mail Fraud, Bank Fraud, and Wire Fraud, in violation of Title 18, United States Code, Section 1349, Mail Fraud, in violation of Title 18, United States Code, Section 1341, and Bank Fraud, in violation of Title 18, United States Code, Section 1344, as follows:

| Count | Defendants | Date (on or about) | Description/Purpose of Transaction/Means of Identifications | Felony Violation(s) |
|-------|-----------|--------------------|-----------------------------------------------------------|---------------------|
| 34 | FADEYIBI, WILLIAMS | August 22, 2012 | Victim T.L. deposited a counterfeit Postal Money Order in the amount of $975.00 at Navy Federal Credit Union located in Portsmouth, Virginia, into an account ending in 4894 associated with T.L. | 18 U.S.C. §§ 1349, 1344 |

13

| 35 | FADEYIBI, HEDSPETH | December 14, 2012 | Victim L.C. cashed a counterfeit Postal Money Order in the amount of $870 at Wachovia Bank located in Virginia Beach, Virginia, into account ending in 2697 associated with L.C. | 18 U.S.C. §§ 1349, 1344 |
|----|----|----|----|----|
| 36 | FADEYIBI, TOHEEB ODOFFIN, HABEEB ODOFFIN | January 3, 2013 | Victim M.O. received and negotiated a counterfeit Colonial Life cashier's check made out to M.O. containing M.O.'s address for $1850 into NFCU located in Virginia Beach, Virginia through an account ending in 4534. | 18 U.S.C. §§ 1349, 1341, 1344 |
| 37 | FADEYIBI, TOHEEB ODOFFIN, HABEEB ODOFFIN | January 7, 2013 | Victim M.L. negotiated a counterfeit Colonial Life check in the amount of $1850.00 at Old Point National Bank located in Hampton, Virginia, through an account ending in 2306. | 18 U.S.C. §§ 1349, 1344 |
| 38 | FADEYIBI, WILLIAMS | January 8, 2013 | Victim F.V. cashed a counterfeit Postal Money Order in the amount of $870 at Navy Federal Credit Union located in Portsmouth, Virginia, into account ending in 0454 associated with F.V. | 18 U.S.C. §§ 1349, 1344 |
| 39 | FADEYIBI, EASTER | February 25, 2013 | Victim S.A. deposited a counterfeit Postal Money Order in the amount of $870.00 at Bayport Federal Credit Union, located in Newport News, Virginia, into account ending in 9075 associated with S.A. | 18 U.S.C. §§ 1349, 1344 |
| 40 | FADEYIBI, EASTER | ~~March 15, 2013~~ April 11, 2013 | Victim M.P. negotiated a counterfeit SunTrust cashier's check at Fauquier Bank located in Warrenton, Virginia through an account ending in 8107. | 18 U.S.C. §§ 1349, 1344 |
| 41 | FADEYIBI, HABEEB ODOFFIN HAFEEZ ODOFFIN | June 18, 2013 | Victim Z.L. negotiated a counterfeit Community Resource Credit Union cashier's check in the amount of $1,680.00 at Navy Federal Credit Union located in Newport News, Virginia, through an account ending in 9705. | 18 U.S.C. §§ 1349, 1344 |
| 42 | FADEYIBI, HABEEB ODOFFIN HAFEEZ ODOFFIN | June 19, 2013 | Victim Z.L. negotiated a counterfeit Community Resource Credit Union cashier's check in the amount of $1,680.00 at Navy Federal Credit Union located in Newport News, Virginia, through an account ending in 9705. | 18 U.S.C. §§ 1349, 1344 |

14

| 43 | FADEYIBI, HEDSPETH | June 6, 2014 | Victim G.R. cashed a counterfeit First Tennessee Bank cashier's check in the amount of $1,680.00 at Wells Fargo located in Newport News, Virginia, into account ending in 0993 associated with G.R. | 18 U.S.C. §§ 1349, 1344 |

(In violation of Title 18, United States Code, Sections 1028A(a)(1) and (c) and 2.)

15

CRIMINAL FORFEITURE

THE GRAND JURY FURTHER ALLEGES AND FINDS PROBABLE CAUSE THAT:

1. The defendants, if convicted of any of the violations alleged in Counts One through Forty-Three of this Superseding Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendants, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendants, as subject to forfeiture under Title 21, United States Code, Section 853(p).

3. The property subject to forfeiture includes, but is not limited to, the following property:

    a. A monetary judgment in the amount of not less than $3,788,168.00, representing the proceeds of Counts One through Forty-Three.

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A); and Title 28, United States Code, Section 2461(c)).

16

UNITED STATES v. BABAJIDE FADEYIBI et al., 4:16cr 49

A TRUE BILL:

REDACTED COPY

_____

F O R E P E R S O N

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Brian J. Samuels
Assistant United States Attorney
Virginia State Bar No. 65898
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

By: _____
Megan M. Cowles
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | | Under Seal: Yes ☒   No ☐ | Judge Assigned: DOUMAR |
|---|---|---|---|
| City:  EDVA | Superseding Indictment: YES | | Criminal Number: 4:16CR49 |
| County/Parish: | Same Defendant: | | New Defendant: YES |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____ . | | |

### Defendant Information:

| Juvenile: Yes ☐   No ☒ | FBI#: | | | | |
|---|---|---|---|---|---|
| Defendant Name: HABEEB ODOFFIN | | | Alias Name(s): | | |
| Address:  Riverdale, GA 30274 | | | | | |
| Employment: | | | | | |
| Birth Date: 1979 | SS#: 1291 | Sex: M | Race:  Black | Nationality:  Nigerian | Place of Birth: Nigeria |
| Height: | Weight:        lbs | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter:  Yes ☐   No ☐ | List Language and/or dialect: | | | | |

### Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____   should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA Brian Samuels  & Megan Cowles | Telephone No.  757-591-4031 | Bar #:65898 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

FBI, SA AMY DOUGHERTY,  (757) 609-2643

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud, Bank Fraud, and Wire Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1341 and 2 | Mail Fraud | 5-6, 11-12 | Felony |
| Set 3 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud | 17-18, 22-23 | Felony |
| Set 4 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | 27-28, 31-32 | Felony |
| Set 5 | 18 U.S.C. §§ 1028A and 2 | Aggravated Identity Theft | 36-37, 41-42 | Felony |
| Set 6 | 18 U.S.C. §§ 981, 982 | Criminal Forfeiture | | |

0139596
FBI

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2016 JUL 17

**SEALED**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:16cr00049-003 SEALED |
| HABEEB ODOFFIN | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____HABEEB ODOFFIN_____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Count 1, et al:  T. 18, USC 1349 - Conspiracy to Commit Mail Fraud, Bank Fraud, and Wire Fraud

Date:  __08/09/2016__

_____
_Issuing officer's signature_

City and state:  __Newport News, Virginia__

__Douglas E. Miller, U.S. Magistrate Judge__
_Printed name and title_

**INFORMATION**

| Return | |
|---|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ | |
| at _(city and state)_ _____ . | |
| | |
| Date: _____ | _____ |
| | _Arresting officer's signature_ |
| | |
| | _____ |
| | _Printed name and title_ |

**COPY ONLY**

**NOTICE: BEFORE ARREST VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**